[No. 24788-1-III. Division Three. May 22, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT JOHN CRONEBERGER, *Appellant*.

Appeal from a judgment of the Superior Court for Grant County, No. 04-1-00654-9, John M. Antosz, J., entered December 20, 2005. *Affirmed* by unpublished opinion per Kulik, J., concurred in by Schultheis, A.C.J., and Kato, J. Pro Tem.

[No. 25011-3-III. Division Three. May 22, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID L. TUCKER, *Appellant*.

Appeal from a judgment of the Superior Court for Walla Walla County, No. 05-1-00323-2, Robert L. Zagelow, J., entered February 24, 2006. *Affirmed* by unpublished opinion per Sweeney, C.J., concurred in by Schultheis and Kulik, JJ.

[No. 25077-6-III. Division Three. May 22, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. IAN MICHAEL HARRIS, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 05-1-03451-4, Salvatore F. Cozza, J., entered April 3, 2006. *Affirmed* by unpublished opinion per Kulik, J., concurred in by Schultheis, A.C.J., and Brown, J.

[No. 25236-1-III. Division Three. May 22, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. JESSIE JAMES BANKHEAD, *Appellant*.

Appeal from judgments of the Superior Court for Benton County, No. 05-1-01072-3, Cameron Mitchell and Carrie L. Runge, JJ., entered April 18 and May 18, 2006. *Affirmed* by unpublished opinion per Kulik, J., concurred in by Sweeney, C.J., and Schultheis, J.